No. 730, Misc.   CISNEROS *v.* CALIFORNIA.   On petition for writ of certiorari to the Supreme Court of California. Petition dismissed pursuant to Rule 60 of the Rules of this Court.

DECEMBER 17, 1962.

No. 574.   ANDERSON *v.* KENTUCKY.   Certiorari, *ante,* p. 886, to the Court of Appeals of Kentucky.   It is ordered that Rules 26 and 36 be suspended in this case and the parties proceed on the basis of the certified typewritten record filed with the Court, and it is further ordered that each and every motion heretofore filed by the petitioner and not heretofore acted upon by the Court be denied.

No. 632, Misc.   ALCALA *v.* CALIFORNIA.   Motion for leave to file petition for writ of certiorari denied.

No. 328, Misc.   ROBERTS *v.* CLEMMER, CORRECTIONS DIRECTOR, ET AL.   Motion for leave to file petition for writ of habeas corpus denied.   Petitioner *pro se.   Solicitor General Cox* for respondents.

No. 213, Misc.   BYRNES *v.* WALKER, WARDEN.   Motion for leave to file an application for a writ of habeas corpus is hereby transferred "for hearing and determination" to the United States District Court for the Eastern District of Louisiana.   28 U. S. C. § 2241 (b); Rule 31 (5), Revised Rules of the Supreme Court of the United States (1954).   Petitioner *pro se.   Jack P. F. Gremillion,* Attorney General of Louisiana, *M. E. Culligan, John E. Jackson, Jr.* and *Scallan E. Walsh,* Assistant Attorneys General, and *Albin P. Lassiter* for respondent.